MICHAEL D. BRUNO  (SBN: 166805)
mbruno@grsm.com
NICHOLAS A. DEMING  (SBN: 287917)
ndeming@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
SSMB PACIFIC HOLDING COMPANY, INC.
(erroneously sued as "NORCAL KENWORTH")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY RAUDEZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SSMB PACIFIC HOLDING COMPANY (erroneously sued as, "NORCAL KENWORTH") AND DOES ONE THROUGH FIFTY,<br><br>　　　　　　　Defendants. | CASE NO.  5:19-CV-02755-NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned entire action is dismissed with prejudice as to call claims and against all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  January 14, 2020　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP


By:____*/s/ Nicholas A. Deming*____
　　Michael D. Bruno
　　Nicholas A. Deming
　　Attorneys for Defendant
　　SSMB PACIFIC HOLDING COMPANY, INC. (erroneously sued as "NORCAL KENWORTH")

-1-

Dated:  January 14, 2020					LAW OFFICE OF FRANK MAYO


						By:    /s/ Frank E. Mayo_____
						       Frank E. Mayo
						       Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## **ORDER**

Based upon the parties' stipulation, and good cause otherwise appearing, this entire action is dismissed with prejudice with the parties to bear their own legal fees and costs. The Clerk is directed to close this case.

SO ORDERED.

Dated: _____                    _____
                                             United States District Court Judge