United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  JEREMY RAUDEZ,
                Plaintiffs,          Case No. 19-cv-02755 NC
12
       v.                            **ORDER REQUIRING MOTION FOR FLSA SETTLEMENT APPROVAL**
13
    SSMB PACIFIC HOLDING             Re: ECF 16
14  COMPANY, INC. (sued as NORCAL
    KENWORTH),
15
16              Defendant.
17
        Presented to the Court is a stipulation and proposed order of dismissal. ECF 16.
18
Because one of plaintiff's claims (count six) is under the federal Fair Labor Standards Act
19
(FLSA), approval by either the Secretary of Labor or the Court is required before the claim
20
may be settled. When presented with a proposed settlement of an FLSA claim, the Court
21
"must determine whether the settlement is a fair and reasonable resolution of a bona fide
22
dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d
23
1350, 1355 (11th Cir. 1982); *Yue Zhou v. Wang's Restaurant*, Case No. 05-cv-0279 PVT,
24
2007 WL 2298046, at *1 (N.D. Cal. Aug. 8, 2007); *Arnaudov v. Cal. Delta Mechanical,*
25
*Inc.*, No. 13-cv-02306 NC, ECF 141 (N.D. Cal. Apr. 7, 2015) (denying motion to seal
26
settlement agreement attached to motion for FLSA settlement approval).
27
        Accordingly, the Court defers ruling on the stipulation for dismissal. The parties
28

are ordered to file a motion for FLSA settlement approval by January 31, 2020.  The Court sets a further case management conference for February 26, 2020, at 10:00 a.m. in San Jose courtroom 5.  No CMC will be needed and the case will be closed if the Court approves the settlement by February 26.

**IT IS SO ORDERED.**

Dated:  January 21, 2020  _____
NATHANAEL M. COUSINS
United States Magistrate Judge