United States District Court
Northern District of California

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10   JEREMY RAUDEZ,
                                            Case No. 19-cv-02755 NC
11              Plaintiff,

12         v.                               **ORDER GRANTING STIPULATION
                                            FOR DISMISSAL AND
13   SSMB PACIFIC HOLDING                   TERMINATING CASE IN
     COMPANY, INC.,                         ACCORDANCE WITH
14                                          SETTLEMENT**

                Defendant.
15

16         This is a wrongful termination, failure to provide breaks, and failure to pay wages

17   case filed by Jeremy Raudez against his employer NorCal Kenworth/SSMB Pacific

18   Holding Company, Inc.  Raudez was employed as a counterman until he was terminated

19   from employment on January 11, 2019.  This case was initially filed in Santa Clara County

20   Superior Court and then removed to this Court.  ECF 1.  One of Raudez's claims is under

21   the federal Fair Labor Standards Act (FLSA).  Federal jurisdiction is satisfied because a

22   federal statutory claim (the FLSA) is in dispute and all parties have consented to the

23   jurisdiction of a magistrate judge.  ECF 5, 8.

24         Presented to the Court is a stipulation for dismissal of the entire action with

25   prejudice.  ECF 16.  Under the stipulation, the action will be dismissed with prejudice and

26   each side will bear its own fees and costs.  ECF 16.  The proposed dismissal is the product

27   of a written settlement agreement and release agreed to by the parties.   This Court has not

28   been asked to retain jurisdiction to enforce the settlement agreement.

1     When presented with a proposed settlement of FLSA claims, the Court "must

2   determine whether the settlement is a fair and reasonable resolution of a bona fide

3   dispute." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir.

4   1982); *Yue Zhou v. Wang's Restaurant*, Case No. 05-cv-0279 PVT, 2007 WL 2298046, at

5   *1 (N.D. Cal. Aug. 8, 2007).

6     Here, the Court finds that the settlement is a fair and reasonable resolution of a bona

7   fide dispute.  The compensation to plaintiff's counsel Frank Mayo is appropriate in light of

8   his skill and experience and his documented work on the case.

9     The Court therefore APPROVES the stipulated dismissal (ECF 16) and

10  DISMISSES this case with prejudice, with each side to bear its own fees and costs except

11  as specified in the settlement agreement.  The Clerk of Court is instructed to terminate the

12  file.

13  **IT IS SO ORDERED.**

14

15  Dated:  April 6, 2020                                    _____

16                                                           NATHANAEL M. COUSINS
                                                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28